**Charles L. STEVENS, Jr.,
Plaintiff—Appellant,**

v.

**Joan B. MEACHAM; Stephen K. Benjamin, South Carolina Department of Probation, Parole and Pardon Services, Defendants—Appellees.**

No. 03–7577.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 12, 2004.

Decided Feb. 20, 2004.

Charles L. Stevens, Jr., Appellant pro se. Tommy Evans, Jr., South Carolina Department of Probation, Parole & Pardon Services, Columbia, South Carolina, for Appellees.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Charles L. Stevens, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stevens v. Meacham,* No. CA–02–2882–3 (D.S.C. Sept. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*